IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA GONZALES,<br>*Plaintiff,*<br><br>v.<br><br>NATURE'S WAY MEDICINE, P.C.<br>and MATTHEW ROMAN, individually,<br>*Defendant.* | CIVIL ACTION NO: 17-3692<br><br>FILED<br>JUN 2 7 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk<br><br>Honorable Nitza I. Quiñones Alejandro |

**STIPULATION TO EXTEND TIME**

It is hereby **STIPULATED AND AGREED**, by and between counsel for the Plaintiff, Samuel C. Wilson, Esquire and counsel for the Defendants, Neelima Vanguri, Esquire the parties respectfully request that Your Honor Order a Dismissal without prejudice in the above captioned action so that the Plaintiff may refile her Complaint in state court to pursue only her claims under the Philadelphia Fair Practice Ordinance.

| | |
|---|---|
| **Sidney L. Gold & Assoc., P.C.** | **Derek Smith Law Group, PLLC** |
| By: */s/ Neelima Vanguri*<br>NEELIMA VANGURI, ESQ.<br>1835 Market Street, Suite 515<br>Philadelphia, PA 19103<br>(215) 569-1999<br>**Attorney for Defendants** | By: */s/ Samuel C. Wilson*<br>SAMUEL C. WILSON, ESQ.<br>1845 Walnut Street, Suite 1600<br>Philadelphia, PA 19103<br>(215) 391-4790<br>**Attorney for Plaintiff** |

Dated: June 27, 2018

Date: 6/27/2018

APPROVED AND
SO ORDERED:

_____
Honorable Nitza I. Quiñones Alejandro

1